UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ANDREA AWBREY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | Case No. 21-cv-4114 |
| | ) | |
| CITY OF EAST MOLINE, | ) | Rock Island Co. Case No. 2021 L 66 |
|     Defendant, | ) | |
| | ) | |
|     & | ) | |
| | ) | |
| CITY OF MOLINE | ) | |
|     Defendant. | ) | |

**NOTICE OF REMOVAL OF ACTION**
**PURSUANT TO 28 U.S.C. § 1441, § 1446**

Now comes Defendant, City of East Moline, by and through its attorneys, McCarthy, Callas, & Feeney, P.C., and hereby provides this Notice of Removal of Action pursuant to 28 U.S.C. § 1441, § 1446 based upon the following:

1.    On June 2, 2021 an action was commenced in the Circuit Court of the Fourteenth Judicial Circuit of the State of Illinois in and for the County of Rock Island captioned Andrea Awbrey vs. City of East Moline & City of Moline with case number 2021 L 66 by the filing of a Complaint a copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference.

2.    Defendant City of East Moline first received a copy of the Complaint on or about June 4, 2021 by regular mail when a copy of the Complaint was mailed to the City of East Moline by the attorney for the Plaintiff. A copy of the correspondence enclosing the Complaint is attached hereto as Exhibit "B" and incorporated herein by this reference. Accordingly, this removal is timely filed within 30 days of receipt of Plaintiff's Complaint.

3. Pursuant to 28 U.S.C. § 1446(a), copies of the pleadings filed in the Rock Island County action are attached hereto as Exhibit "C" and incorporated herein by this reference.

4. Count III of this action includes a claim over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this Court by this defendant pursuant to 28 U.S.C. § 1441 in that the Plaintiff has alleged a violation of Title VII of the Civil Rights Act of 1964. Exhibit A, ¶ 16.

5. Counsel for defendant City of East Moline has conferred with counsel for the City of Moline and the City of Moline consents to this removal.

6. As required by 28 U.S.C. § 1446(d), notice of removal will be served upon all parties of record and will be filed with the Circuit Court of the Fourteenth Judicial Circuit of Rock Island County, Illinois.

For the reasons stated above, Defendant, City of East Moline, hereby provides notice of removal of this action, case number 2021 L 66, currently pending in the Circuit Court of the Fourteenth Judicial Circuit of the State of Illinois, County of Rock Island, to the United States District Court for the Central District of Illinois.

RESPECTFULLY SUBMITTED,
City of East Moline, Defendant

By:   /s/ Timothy M. Feeney
Timothy M. Feeney, #6216048
Attorney for Defendant
McCarthy, Callas & Feeney, P.C.
329 - 18th Street
Rock Island, IL  61201
Phone: 309-788-2800
tfeeney@mcfe-law.com

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, I electronically filed the foregoing **Notice of Removal of Action** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered CM/ECF participant:

| | |
|---|---|
| John A. Singer | Julie A. Bruch |
| Winstein, Kavensky & Cunningham | O'Halloran Kosoff Geitner & Cook, LLC |
| PO Box 4298 | 650 Dundee Road, Suite 475 |
| Rock Island, IL 61201 | Northbrook, Illinois 60062 |
| Phone: 309-794-1515 | Phone: 847-291-0200 |
| Fax: 309-794-9929 | Fax: 847-291-9230 |
| jsinger@wkclawfirm.com | jbruch@okgc.com |

/s/ Timothy M. Feeney