E-FILED
Tuesday, 06 July, 2021 02:47:58 PM
Clerk, U.S. District Court, ILCD

FILED
6/2/2021 10:12 AM
TAMMY WEIKERT, CIRCUIT CLERK
ROCK ISLAND COUNTY, IL

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | |
|---|---|
| ANDREA AWBREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2021L66 |
| ) | |
| CITY OF EAST MOLINE, ) | |
| Defendant. ) | |
| ) | |
| & ) | |
| ) | |
| CITY OF MOLINE, ) | |
| Defendant ) | |

### AFFIDAVIT PURSUANT TO IRCP 222

COMES NOW the Plaintiff, Andrea Awbrey, by and through her attorneys, Winstein, Kavensky, and Cunningham, and pursuant to IRCP 222 states that the total amount of money damages sought in this civil action exceeds $50,000 and, therefore, Rule 222 is not applicable in this case.

_____
Andrea Awbrey

STATE OF ILLINOIS     )
                      ) ss:
COUNTY OF ROCK ISLAND )

I, the undersigned, being first duly sworn upon my oath, depose and state that I am the Respondent in the foregoing Petition; that I have read the said Petition and the allegations therein contained are true and correct as I verily believe.

_____
Andrea Awbrey, Petitioner

SUBSCRIBED AND SWORN to before me this 25 day of May, 2021.

_____
Notary Public

**EXHIBIT C**

OFFICIAL SEAL
MIA K VALENTINE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/24/21

5

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | |
|---|---|
| ANDREA AWBREY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2021L66 |
| CITY OF EAST MOLINE, | ) |
| Defendant, | ) |
| & | ) |
| CITY OF MOLINE, | ) |
| Defendant. | ) |

## JURY DEMAND

NOW COMES Plaintiff, ANDREA AWBREY, by and through her attorney, John A. Singer for Winstein, Kavensky & Cunningham, L.L.C., and demands a trial by a jury of twelve persons.

ANDREA AWBREY, Plaintiff,

BY: /s/ John A. Singer
John A. Singer
IL Fed & State #6305063
IA State #AT0010479
Attorney for Plaintiff
Winstein, Kavensky & Cunningham
P.O. Box 4298
Rock Island, IL 61201
(309) 794-1515 - Phone
jsinger@wkclawfirm.com

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS
GENERAL DIVISION

| | |
|---|---|
| ANDREA AWBREY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2021L66 |
| CITY OF EAST MOLINE, | ) ) ) |
| Defendant, | ) ) |
| & | ) ) |
| CITY OF MOLINE, | ) ) |
| Defendant. | ) |

## SUMMONS

To: City of East Moline, C/O Attorney John Remus, 329 18th Street, Rock Island, IL 61201; City of Moline, 619 16th Street, Moline, IL 61265

YOU ARE SUMMONED and required to file an answer in this case or otherwise file your appearance in the Office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To The Officer:

This summons must be returned by the Officer or other person to whom it was given for service with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS  6/2/2021 , 2021

_____
Clerk of Court        TLW

(Seal of Court)

Plaintiff's Attorney

John A. Singer
WINSTEIN, KAVENSKY & CUNNINGHAM
P.O. Box 4298
Rock Island, IL 61204-4298
(309) 794-1515

Location of Clerk of Court:
1317 3rd Avenue
Rock Island, IL 61201

Date of Service: _____, 2021
(To be inserted by Officer on copy left with Defendant or other person)

# AFFIDAVIT

United State District Court _____ Other _____
Court _____
Circuit Court of the _____ Judicial Circuit, _____ County, IL
NO: _____
District Court of Iowa, _____ County, IA

Plaintiff/Petitioner _____

Vs

Defendant/Respondent _____

FEES: Locate $ _____
service and/or return $ _____
Mileage $ _____
TOTAL $ _____

I, _____, depose and say, that I am over 18 years of age and not a party to this action and within the boundaries of the state where service was made, I was authorized by law to perform said service.

I served this Summons/Original Notice / Subpoena / Order / _____
on defendant / respondent / plaintiff / petitioner / witness / party / _____ as follows:

___(a) - Individual defendant / respondent / plaintiff / petitioner / witness / party - personal, by leaving a copy and a copy of the complaint / petition / application / affidavit / order / jury demand/ _____
_____ with each individual defendant / respondent / plaintiff / petitioner / witness / party / _____ personally.

___(b) - Individual defendant / respondent / plaintiff / petitioner / witness / party / _____ - abode, by leaving a copy and a copy of the complaint / petition / affidavit / order / jury demand _____ at the usual place of abode of the individual defendant / respondent / plaintiff / petitioner / witness / party / _____ with a person of his/her family, of the age of 13/18 yrs. or upwards, informing that person of the contents. Also by sending in a sealed envelope with postage fully prepaid, addressed to the defendant/respondent/plaintiff/petitioner/witness/party/ _____. Date Mailed: _____

___(c) - Corporation / Municipal defendant / witness, by leaving a copy and a copy of the complaint petition/application / affidavit / order / jury demand / _____ with the registered agent, officer or agent of the defendant / witness corporation / municipality.

___(d) - Other Service: _____

___(e) - Unable to Serve due to _____

The following attempts were made: _____

Name of Defendant / Respondent / Plaintiff / Petitioner / Witness / Party / _____
Name of Person papers given to _____ Title / Relationship

Sex ____ Race ____ Approx. Age ____ Ht ____ Wt ____ Hair ____
Date of Service _____ Time _____
Place of Service _____

By _____ Signed & Sworn to before me
Authorized Person
_____
_____

FILED
Jun 2 2021
10:41AM
Tammy R Weikert
Rock Island County, IL

# IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
## ROCK ISLAND COUNTY, ILLINOIS

**TAMMY R. WEIKERT**
**CIRCUIT CLERK**

**GENERAL DIVISION**
**PH. 309-558-3535**

## ORDER

**CASE #** 21L66 Awbrey v. City of East Moline, et al

The above cause has been assigned to **Judge** Conway until final disposition. On the Court's motion, it is ordered that each plaintiff and defendant not represented by an attorney and all attorneys familiar with the case and authorized to act shall appear for a case management conference on the 16th day of September, 2021 at 1:30 P.M. at the Rock Island County Courthouse, unless prior thereto a case management conference has been held pursuant to SCR218. Attorneys or parties may schedule a case management conference with the assigned judge prior to said date. Counsel and litigants shall be prepared to discuss with the Court all matters set forth in Supreme Court Rule 218. Motions will not be heard at this time.

06/02/2021
Date

Clarence M. Darrow, Presiding Judge

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS
GENERAL DIVISION

| | |
|---|---|
| ANDREA AWBREY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2021L66 |
| CITY OF EAST MOLINE, | ) |
| Defendant, | ) |
| & | ) |
| CITY OF MOLINE, | ) |
| Defendant. | ) |

## SUMMONS

To: City of East Moline, C/O Attorney John Remus, 329 18th Street, Rock Island, IL 61201; City of Moline, 619 16th Street, Moline, IL 61265

YOU ARE SUMMONED and required to file an answer in this case or otherwise file your appearance in the Office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To The Officer:

This summons must be returned by the Officer or other person to whom it was given for service with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS 6/2/2021 , 2021

_____
Clerk of Court   TLW

Plaintiff's Attorney

John A. Singer
WINSTEIN, KAVENSKY & CUNNINGHAM
P.O. Box 4298
Rock Island, IL 61204-4298
(309) 794-1515

(Seal of Court)

Location of Clerk of Court:
1317 3rd Avenue
Rock Island, IL 61201

Date of Service: _____, 2021
(To be inserted by Officer on copy left with Defendant or other person)

FILED
6/17/2021 3:54 PM
TAMMY WEIKERT, CIRCUIT CLERK
ROCK ISLAND COUNTY, IL

## IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
## ROCK ISLAND COUNTY, ILLINOIS

| | |
|---|---|
| ANDREA AWBREY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF EAST MOLINE,<br><br>    Defendant,<br><br>&<br><br>CITY OF MOLINE,<br><br>    Defendant. | No. 2021 L 66 |

## ACCEPTANCE OF SERVICE

I, John Remus, state that I am the attorney for the Defendant, CITY OF EAST MOLINE, in the above-entitled action. I further state and depose that a Complaint has been filed by the Plaintiff in the Fourteenth Judicial Circuit for Rock Island County, and that I have received due, legal and timely service of a true and exact copy of the attached Summons with Complaint, Affidavit Pursuant to IRCP 222, Jury Demand and Case Management Order and do hereby accept service of these documents and acknowledge receipt of the copies thereof.

_____
John Remus, Attorney for Defendant, City of East Moline

# IN THE CIRCUIT COURT
## FOR THE FOURTEENTH JUDICIAL CIRCUIT
## ROCK ISLAND COUNTY, ILLINOIS

| | |
|---|---|
| ANDREA AWBREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-L-66 |
| ) | |
| CITY OF EAST MOLINE and CITY OF ) | |
| MOLINE, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

The undersigned enters an appearance on behalf of the defendant:

**CITY OF MOLINE**

in the above-entitled cause.

By: *s/Julie A. Bruch*
One of Defendant's Attorneys

Julie A. Bruch, #6215813
Karin L. Anderson, #6277014
Karen L. McNaught, #6200462
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847-291-0200
Fax:    847-291-9230
Email: jbruch@okgc.com
       kanderson@okgc.com
       kmcnaught@okgc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2021 I electronically filed *Defendant's Appearance* with the Rock Island County Clerk using the Odyssey eFileIL system, and in accordance with penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, does hereby attest and certify that I served a copy upon all parties of record, as listed herein, via Email on June 18, 2021.

John A. Singer  
Winstein, Kavensky & Cunningham  
jsinger@wkclawfirm.com

John Remus  
McCarthy, Callas & Feeney, P.C.  
jremus@mcfe-law.com

*s/Julie A. Bruch*